ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| The Boeing Company | ) ASBCA Nos. 62673, 63108 |
| | ) |
| Under Contract No. W911KB-12-C-0010 | ) |

APPEARANCES FOR THE APPELLANT:     Jon W. Burd, Esq.
                                                 Cara L. Lasley, Esq.
                                                   Wiley Rein LLP
                                                   Washington, DC

APPEARANCES FOR THE GOVERNMENT:   Michael P. Goodman, Esq.
                                                 Engineer Chief Trial Attorney
                                                 Carl F. Olson, Esq.
                                                 Engineer Trial Attorney
                                               U.S. Army Engineer District, Alaska

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  June 29, 2023

                                               JOHN J. THRASHER
                                               Administrative Judge
                                                 Chairman
                                               Armed Services Board
                                                 of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 62673, 63108, Appeals of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:  June 29, 2023

                                               PAULLA K. GATES-LEWIS
                                             Recorder, Armed Services